**LEWIS & DICKSTEIN, P.L.L.C.**
*attorneys and counselors at law*

| Loren M. Dickstein | Randall M. Lewis |
| George MacAvoy Brown | Parisa Sadrnia |
| Jessica Hollan | Nicolas Monarrez |

Spencer Bondy (Of Counsel)

**3000 Town Center, Ste. 1330 – Southfield, Michigan 48075-1188**   Office: (248) 263-6800 - Fax: (248) 357-1371

# EXHIBIT A

PS 6D
(5/03)

# UNITED STATES PRETRIAL SERVICES SYSTEM
# AUTHORIZATION TO RELEASE CONFIDENTIAL INFORMATION
# MENTAL HEALTH TREATMENT PROGRAMS

I, _____ , the undersigned,
(Name of Client)

hereby authorize _____ to release confidential
(Name of Program)

information in its possession to the United States Pretrial Services Office in the _____ .
(Name of Court)

     The confidential information to be released will include: date of entrance to program; attendance records; drug detection test results; type, frequency, and effectiveness of therapy; general adjustment to program rules; type and dosage of medication; response to treatment; test results (e.g., psychological, psycho-physiological measurements, vocational, sex offense specific evaluations); date of and reason for withdrawal or termination from program; diagnosis; and prognosis.

     This information is to be used in connection with my participation in the above-mentioned program, which has been made a condition of my pretrial supervision, and may be used by the pretrial services officer for the purpose of keeping the pretrial services officer informed concerning compliance with any condition or special condition of my supervision. I understand that this authorization is valid until my release from supervision, at which time this authorization to use or disclose this information expires. I understand that information used or disclosed pursuant to this authorization may be disclosed by the recipient and may no longer be protected by federal or state law. Such information may also be made available to the probation office for the purpose of preparing a presentence report in accordance with federal law.

     I understand that I have the right to revoke this authorization, in writing, at any time by sending such written notification to the program's privacy contact at:

_____ .
(Name and Address of Program)

     I understand that if I revoke this authorization to release confidential information, I will thereby revoke my authorization to further disclosure of such information. I also understand that revoking this authorization before I satisfy the condition of my supervision that requires me to participate in the program will be reported to the court. My revocation of authorization under such circumstances could be considered a violation of a condition of my pretrial supervision.

_____  _____
(Signature of Parent or Guardian if Client is a Minor)  (Signature of Client)

_____  _____
(Date Signed)  (Date Signed)

_____  _____
(Name & Title of Witness)  (Date Signed)