

**LEWIS & DICKSTEIN, P.L.L.C.**
*attorneys and counselors at law*

Loren M. Dickstein       Randall M. Lewis
George MacAvoy Brown     Parisa Sadrnia
Jessica Hollan           Nicolas Monarrez
　　　　Spencer Bondy (Of Counsel)

**3000 Town Center, Ste. 1330 – Southfield, Michigan 48075-1188**　　　　**Office: (248) 263-6800 - Fax: (248) 357-1371**

# EXHIBIT B



Parisa Sadrnia &lt;psadrniajd@gmail.com&gt;

## Joel Adelsberg

**Parisa Sadrnia** &lt;psadrnia@notafraidtowin.com&gt;                              Mon, Sep 9, 2024 at 10:55 AM
To: Tacarra_Lanzon@miept.uscourts.gov

Good morning, Agent Lanzon -

My name is Parisa Sadrnia, and I am one of the attorneys who represents Mr. Adelsberg. It's my understanding you have requested him to sign a release related to his treatment with Jennifer Zoltowski.

My client provided me with a copy of the release that you wish to have him sign. He intended to comply when he was informed by you that you just wanted to confirm his proof of treatment and proof of appointments. However, I've reviewed the release and I am uncomfortable with what's contained within it.

Are we able to modify the release to only provide proof of specialized treatment and proof of appointments? If so, then we would direct our client to sign the amended release.

I would like to discuss this with you at your earliest convenience. I can be reached on my direct line at 248-281-4718.

Thank you for your time, and I look forward to speaking with you!

Sincerely,

Parisa

Sincerely,

Parisa
--

**Parisa Sadrnia**

Attorney and Counselor at Law

Lewis & Dickstein, P.L.L.C.

3000 Town Center, Suite 1330

Southfield, MI 48075

Office: 248.263.6800 | Direct: 248.281.4718

Fax: 248.357.1371

www.NotAfraidToWin.com

**CONFIDENTIALITY NOTICE:** This communication may contain confidential, privileged information intended for the named recipient(s) only. If you received this by mistake, please destroy it and notify us of the error.