

**LEWIS & DICKSTEIN, P.L.L.C.**
*attorneys and counselors at law*

Loren M. Dickstein     Randall M. Lewis
George MacAvoy Brown     Parisa Sadrnia
Jessica Hollan     Nicolas Monarrez
Spencer Bondy (Of Counsel)

3000 Town Center, Ste. 1330 – Southfield, Michigan 48075-1188     Office: (248) 263-6800 - Fax: (248) 357-1371

# EXHIBIT C



Parisa Sadrnia <psadrniajd@gmail.com>

## Joel Adelsberg

**Tacarra Lanzon** <Tacarra_Lanzon@miept.uscourts.gov>     Thu, Sep 12, 2024 at 12:22 PM
To: Parisa Sadrnia <psadrnia@notafraidtowin.com>

Hello,

The release we utilize is a national form from the Administrative Office; we don't alter it or change the contents for our defendants who are under supervision.

The intent of speaking with defendant's treatment provider is to collaborate and ensure they're receiving adequate services, are complying with treatment recommendations, and are not a risk of harm to themselves or others. The intent is not to seek out information that would jeopardize the defendant's status on bond; rather, we collaborate to ensure he is successful while on bond.

I hope this provides some clarity.

If speaking with his treatment provider is not permitted, I would refer Mr. Adelsberg to our contract provider to satisfy the ordered bond conditions and allow for a collaborative approach to supervision.

Please let me know if you have any questions.

Thanks,



Tacarra Lanzon
Senior United States Pretrial Services Officer
231 W. Lafayette Blvd., Detroit, MI 48226
☏  desk: 313.234.5316
☏  cell:  313.378.0865
🖷  fax:  313.202.5927

**From:** Parisa Sadrnia <psadrnia@notafraidtowin.com>
**Sent:** Monday, September 9, 2024 10:56 AM
**To:** Tacarra Lanzon <Tacarra_Lanzon@miept.uscourts.gov>
**Subject:** Joel Adelsberg

**CAUTION - EXTERNAL:**

[Quoted text hidden]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.